| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BOWLES & VERNA<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK   CA 94596 | 925.935-3300 | RECEIVED<br>MAR 10 2008<br>By |
| | Ref. No. or File No.<br>8161-001 | |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT CT | | |
| SHORT TITLE OF CASE:<br>P'YANINA vs CESSNA | | |

| 075243 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>07CV10403 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; COMPLAINT; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.; APENDIX A FORM OF PRETRIAL ORDER; NOTICE OF AVAILABILITY; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER; CRITICAL INSTRUCTIONS TO ATTORNEYS PACKAGE

ON: **GOODRICH CORPORATION**
C/O CORPORATION SERVICE COMPANY

AT: 80 STATE STREET
ALBANY    NY 122072543

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Cathy Krieger Jewel

WHOSE TITLE IS:  Clerk, Service of Process

ON: 2-22-2008    AT: 2:35 p.m.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Mary M. Bonville    FEE FOR SERVICE:   30.00



P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server ☐
(1) ☐ Employee   ☒ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 22, 2008

Mary M. Bonville
SIGNATURE

