| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BOWLES & VERNA<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK    CA 94596 | 925.935-3300<br><br>Ref. No. or File No.<br>8161-001 | RECEIVED<br>MAR 10 2008<br>By |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT CT | | |
| SHORT TITLE OF CASE:<br>P'YANINA vs CESSNA | | |
| 075242 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>07CV10403 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON
THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; COMPLAINT; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS;
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE;
INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.;
APENDIX A FORM OF PRETRIAL ORDER; NOTICE OF AVAILABILITY;
CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER;
CRITICAL INSTRUCTIONS TO ATTORNEYS PACKAGE

ON: CESSNA AIRCRAFT COMPANY
    C/O Karen Nestleroad

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
5800 E. PAWNEE ROAD
WICHITA        KS 67218

ON: 02/22/08  AT: 4:35 p.m.

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF
ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.
NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
Karen Nestleroad                              WHOSE RELATIONSHIP IS: Legal Dept.
                                                                     Administrator

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: William D. Armstrong  FEE FOR SERVICE:    .00



P.O. Box 4910 (94596-0910)
2156 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server ☐
(1) ☐ Employee   ☐ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/22/08                    ▶ _____William Armstrong_____
                                              SIGNATURE

Printed on Recycled Paper