```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
EMMA KONSTANTINOVNA P'YANINA,             :
individually and as personal
representative of the estate of           :
GENNADY VIKTOVOVICH P'YANIN,
deceased; DMITRY GENNADIEVICH             :
P'YANIN, a minor, by his mother,
guardian and next friend,                 :
EMMA KONSTANTINOVNA P'YANINA;
YURY GENNADIEVICH P'YANIN, a              :
minor, by his mother, guardian and        :
next friend, EMMA KONSTANTINOVNA              Case No. 07-cv-10403-PAC
P'YANINA;                                 :
                                              ORDER FOR ADMISSION
IRINA YURIEVNA GUN'KINA,                  :   PRO HAC VICE
individually and as personal                  ON WRITTEN MOTION
representative of the estate of           :
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a
minor, by her mother, guardian and
next friend, IRINA YURIEVNA               :
GUN'KINA;
                                          :

               Plaintiffs,                :

        -vs-                              :

CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,                     :

               Defendants.                :
------------------------------------ x
```

Upon the motion of Eugene O'Neill, attorney for Plaintiffs in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

```
Michael P. Verna
BOWLES & VERNA, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone:  925-935-3300
Facsimile:  925-935-0371
Email: mverna@bowlesverna.com
```

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____
Hon. Paul A. Crotty
United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
EMMA KONSTANTINOVNA P'YANINA,
individually and as personal         :
representative of the estate of
GENNADY VIKTOVOVICH P'YANIN,          :
deceased; DMITRY GENNADIEVICH
P'YANIN, a minor, by his mother,     :
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;         :
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and   :
next friend, EMMA KONSTANTINOVNA        Case No. 07-cv-10403-PAC
P'YANINA;                             :
                                        **MOTION TO ADMIT COUNSEL**
IRINA YURIEVNA GUN'KINA,              : **PRO HAC VICE**
individually and as personal
representative of the estate of       :
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a        :
minor, by her mother, guardian and
next friend, IRINA YURIEVNA           :
GUN'KINA;
                                      :
              Plaintiffs,
                                      :
         -vs-
                                      :
CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,                 :

              Defendants.             :
------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eugene O'Neill, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Michael P. Verna
    BOWLES & VERNA, LLP
    2121 N. California Blvd., Suite 875
    Walnut Creek, CA 94596
    Telephone:  925-935-3300
    Facsimile:  925-935-0371

Michael P. Verna is a member in good standing of the Bar of State of California. There are no pending disciplinary proceedings against Michael P. Verna in any State or Federal court.

Dated: ~~November ___,~~ 2007. *April 4, 2008*

ATTORNEYS FOR PLAINTIFFS

/s/ *Eugene O'Neill*
Eugene O'Neill, Jr., Esq.
Goldfinger & Lassar LLP
655 Third Avenue – 16th Floor
New York, NY 10017
Telephone:  212-981-3050
Facsimile:  212-981-3001
Email:   eoneill@m&kllp.com

MICHAEL P. VERNA
BRADLEY R. BOWLES
BOWLES & VERNA, LLP
2121 No. California Blvd. #875
Walnut Creek, CA 94596
Tel. 925-935-3300
Email: mverna@bowlesverna.com
       bbowles@bowlesverna.com

Of Counsel:

GUSTAVO L. VILA
KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Ste. 220
Tarrytown, New York 10591
Tel.  914-347-7333
Email: gvila@kuczinskilaw.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
EMMA KONSTANTINOVNA P'YANINA,
individually and as personal          :
representative of the estate of
GENNADY VIKTOVOVICH P'YANIN,          :
deceased; DMITRY GENNADIEVICH
P'YANIN, a minor, by his mother,      :
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;         :
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and    :
next friend, EMMA KONSTANTINOVNA          Case No. 07-cv-10403-PAC
P'YANINA;                             :
                                          AFFIDAVIT OF EUGENE
IRINA YURIEVNA GUN'KINA,              :   O'NEILL IN SUPPORT OF
individually and as personal              MOTION TO ADMIT COUNSEL
representative of the estate of       :   PRO HAC VICE
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a        :
minor, by her mother, guardian and
next friend, IRINA YURIEVNA           :
GUN'KINA;
                                      :
            Plaintiffs,
                                      :
       -vs-
                                      :
CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,                 :

            Defendants.               :
------------------------------------ x

State of New York   )
                    )  ss:
County of New York  )
```

Eugene O'Neill, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Goldfinger & Lassar, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based

on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Michael P. Verna as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in __1981__. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael P. Verna since __9/07__.

4. Mr. Verna is a partner at the law firm of Bowles & Verna, LLP, 2121 N. California Blvd., Suite 875, Walnut Creek, CA, 94596.

5. I have found Mr. Verna to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael P. Verna pro hac vice.

7. I respectfully submit a proposed order granting admission of Michael P. Verna, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael P. Verna, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: __April 4, 2008__

New York, New York

2

AFFIDAVIT OF EUGENE O'NEILL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

ATTORNEYS FOR PLAINTIFFS

_____  1752
Eugene O'Neill, Jr. Esq.         NY BAR
CODE
Goldfinger & Lassar LLP
655 Third Avenue - 16th Floor
New York, NY 10017
Telephone:  212-981-3050
Facsimile:  212-981-3001
Email:  eoneill@m&kllp.com

MICHAEL P. VERNA
BRADLEY R. BOWLES
BOWLES & VERNA, LLP
2121 No. California Blvd. #875
Walnut Creek, CA 94596
Tel. 925-935-3300
Email: mverna@bowlesverna.com
       bbowles@bowlesverna.com

Of Counsel:

GUSTAVO L. VILA
KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Ste. 220
Tarrytown, New York 10591
Tel. 914-347-7333
Email: gvila@kuczinskilaw.com

*Sworn to and subscribed before me this 9th day of April 2008*

_____
DARA L. NORMAN
Notary Public, State of New York
No. 02NO5067675
Qualified in New York County
Commission Expires Oct. 21, 2010

---
3
AFFIDAVIT OF EUGENE O'NEILL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL PATRICK VERNA, #84070 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
COUTHERN DISTRICT OF NEWYORK

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

_William Wallace_, being duly sworn, deposes and says:

That on the /0 day of April, 2008, s/he mailed the within Motion to Admit Counsel Pro Hac Vice of Bradley R. Bowles and Michael P. Verna of Bowles & Verna, LLP to the Parties hereinbelow named by depositing a true copy of the same securely enclosed in postpaid properly addressed wrappers in a mail box maintained and exclusively controlled by the United States Postal Service, in the State of New York, directed to said persons at the post office addresses hereinbelow their names, being their addresses of record.

**NAME AND ADDRESS:**
Cessna Aircraft Company
c/o Karen Nestleroad, Legal Dept. Administrator
5800 East Pawnee Road
Wichita KS 67218

Goodrich Corporation
C/O Corporation Service Company
80 State Street
Albany NY 12207

_William Wallace_

Sworn to and subscribed before me
this /0 day of April, 2008

_____
Notary Public

Eugene O'Neill, Jr.
Notary Public, State of New York
No. 02ON4...
Qualified in Nassau...
Certificate filed in Nassau County
Commission Expires March 30, 20