```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
EMMA KONSTANTINOVNA P'YANINA,       :
individually and as personal
representative of the estate of     :
GENNADY VIKTOVOVICH P'YANIN,        :
deceased; DMITRY GENNADIEVICH
P'YANIN, a minor, by his mother,   :
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;       :
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and  :
next friend, EMMA KONSTANTINOVNA       Case No. 07-cv-10403-PAC
P'YANINA;                           :
                                       ORDER FOR ADMISSION
IRINA YURIEVNA GUN'KINA,            :  PRO HAC VICE
individually and as personal           ON WRITTEN MOTION
representative of the estate of     :
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a      :
minor, by her mother, guardian and
next friend, IRINA YURIEVNA         :
GUN'KINA;
                                    :
                        Plaintiffs,
                                    :
            -vs-
                                    :
CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,               :

                        Defendants. :
------------------------------------ x
```

Upon the motion of Eugene O'Neill, attorney for Plaintiffs in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

```
Bradley R. Bowles
BOWLES & VERNA, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone:  925-935-3300
Facsimile:  925-935-0371
Email: bbowles@bowlesverna.com
```

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____
Hon. Paul A. Crotty
United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
EMMA KONSTANTINOVNA P'YANINA,
individually and as personal
representative of the estate of       :
GENNADY VIKTOVOVICH P'YANIN,
deceased; DMITRY GENNADIEVICH         :
P'YANIN, a minor, by his mother,      :
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;         :
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and    :
next friend, EMMA KONSTANTINOVNA          Case No. 07-cv-10403-PAC
P'YANINA;                             :
                                          **MOTION TO ADMIT COUNSEL**
IRINA YURIEVNA GUN'KINA,              :   **PRO HAC VICE**
individually and as personal
representative of the estate of       :
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a        :
minor, by her mother, guardian and
next friend, IRINA YURIEVNA           :
GUN'KINA;
                                      :
            Plaintiffs,               :

      -vs-                            :

CESSNA AIRCRAFT COMPANY, and          :
GOODRICH CORPORATION,
                                      :
            Defendants.               :
------------------------------------ x

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eugene O'Neill, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

   Bradley R. Bowles
   BOWLES & VERNA, LLP
   2121 N. California Blvd., Suite 875
   Walnut Creek, CA 94596
   Telephone: 925-935-3300
   Facsimile: 925-935-0371

Bradley R. Bowles is a member in good standing of the Bar of State of California. There are no pending disciplinary proceedings against Bradley R. Bowles in any State or Federal court.

Dated: November 2, 2007.  *[signed April 4, 2008]*

ATTORNEYS FOR PLAINTIFFS

*/s/ Eugene O'Neill*
Eugene O'Neill, Jr., Esq.
Goldfinger & Lassar LLP
655 Third Avenue - 16th Floor
New York, NY 10017
Telephone: 212-981-3050
Facsimile: 212-981-3001
Email: eoneill@m&kllp.com

MICHAEL P. VERNA
BRADLEY R. BOWLES
BOWLES & VERNA, LLP
2121 No. California Blvd. #875
Walnut Creek, CA 94596
Tel. 925-935-3300
Email: mverna@bowlesverna.com
       bbowles@bowlesverna.com

Of Counsel:

GUSTAVO L. VILA
KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Ste. 220
Tarrytown, New York 10591
Tel. 914-347-7333
Email: gvila@kuczinskilaw.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
EMMA KONSTANTINOVNA P'YANINA,        :
individually and as personal
representative of the estate of      :
GENNADY VIKTOVOVICH P'YANIN,
deceased; DMITRY GENNADIEVICH        :
P'YANIN, a minor, by his mother,
guardian and next friend,            :
EMMA KONSTANTINOVNA P'YANINA;
YURY GENNADIEVICH P'YANIN, a         :
minor, by his mother, guardian and   :
next friend, EMMA KONSTANTINOVNA          Case No. 07-cv-10403-PAC
P'YANINA;                            :

IRINA YURIEVNA GUN'KINA,             :    AFFIDAVIT OF EUGENE
individually and as personal              O'NEILL IN SUPPORT OF
representative of the estate of      :    MOTION TO ADMIT COUNSEL
OLEG BORISOVICH GUN'KIN, deceased;        PRO HAC VICE
OLEGOVNA ANZHELIKA GUN'KINA, a       :
minor, by her mother, guardian and
next friend, IRINA YURIEVNA          :
GUN'KINA;
                                     :
              Plaintiffs,
                                     :
        -vs-
                                     :
CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,                :

              Defendants.            :
------------------------------- x

State of New York  )
                   )    ss:
County of New York )
```

Eugene O'Neill, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Goldfinger & Lassar, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based

1

AFFIDAVIT OF EUGENE O'NEILL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Bradley R. Bowles as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in _1981_. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Bradley R. Bowles since _9/08_.

4. Mr. Bowles is a partner at the law firm of Bowles & Verna, LLP, 2121 N. California Blvd., Suite 875, Walnut Creek, CA, 94596.

5. I have found Mr. Bowles to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Bradley R. Bowles pro hac vice.

7. I respectfully submit a proposed order granting admission of Bradley R. Bowles, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Bradley R. Bowles, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated:

New York, New York

AFFIDAVIT OF EUGENE O'NEILL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

ATTORNEYS FOR PLAINTIFFS

*[signature]* /752

Eugene O'Neill, Jr. Esq.           NY BAR
CODE
Goldfinger & Lassar LLP
655 Third Avenue - 16th Floor
New York, NY 10017
Telephone:  212-981-3050
Facsimile:  212-981-3001
Email:  eoneill@m&kllp.com

MICHAEL P. VERNA
BRADLEY R. BOWLES
BOWLES & VERNA, LLP
2121 No. California Blvd. #875
Walnut Creek, CA 94596
Tel. 925-935-3300
Email: mverna@bowlesverna.com
       bbowles@bowlesverna.com

Of Counsel:

GUSTAVO L. VILA
KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Ste. 220
Tarrytown, New York 10591
Tel.  914-347-7333
Email: gvila@kuczinskilaw.com

Sworn to and
Subscribed before me
This 9th day of April 2008

*[signature]*
Notary

DARA L. NORMAN
Notary Public, State of New York
No. 02NO5061676
Qualified in New York County
Commission Expires Oct. 21, 2010

---

3

AFFIDAVIT OF EUGENE O'NEILL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRADLEY RICHARD BOWLES, #202722 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
COUTHERN DISTRICT OF NEWYORK

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

*William Wallace*, being duly sworn, deposes and says:

That on the __10__ day of __April 2008__, s/he mailed the within Motion to Admit Counsel Pro Hac Vice of Bradley R. Bowles and Michael P. Verna of Bowles & Verna, LLP to the Parties hereinbelow named by depositing a true copy of the same securely enclosed in postpaid properly addressed wrappers in a mail box maintained and exclusively controlled by the United States Postal Service, in the State of New York, directed to said persons at the post office addresses hereinbelow their names, being their addresses of record.

**NAME AND ADDRESS:**
Cessna Aircraft Company
c/o Karen Nestleroad, Legal Dept. Administrator
5800 East Pawnee Road
Wichita KS 67218


Goodrich Corporation
C/O Corporation Service Company
80 State Street
Albany NY 12207

*William Wallace*

Sworn to and subscribed before me
this __10__ day of __April__, 2008

*Eugene O'Neill*
Notary Public

Eugene O'Neill, Jr.
Notary Public, State of New York
No. 02ON483977
Qualified in Nassau County
Certificate filed in Nassau County
Commission Expires March 30, 20__