```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------ x

EMMA KONSTANTINOVNA P'YANINA,
individually and as personal
representative of the estate of
GENNADY VIKTOVOVICH P'YANIN,
deceased; DMITRY GENNADIEVICH
P'YANIN, a minor, by his mother,
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and
next friend, EMMA KONSTANTINOVNA
P'YANINA;

IRINA YURIEVNA GUN'KINA,
individually and as personal
representative of the estate of
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a
minor, by her mother, guardian and
next friend, IRINA YURIEVNA
GUN'KINA;

                    Plaintiffs,

                -vs-

CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,

                    Defendants.

------------------------------------ x



Case No. 07-cv-10403-E

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Eugene O'Neill, attorney for Plaintiffs in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Michael P. Verna
   BOWLES & VERNA, LLP
   2121 N. California Blvd., Suite 875
   Walnut Creek, CA 94596
   Telephone:  925-935-3300
   Facsimile:  925-935-0371
   Email: mverna@bowlesverna.com

---

1

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 15, 2008
New York, New York

_____
Hon. Paul A. Crotty
United States District Court Judge