SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

EMMA KONSTANTINOVNA P'YANINA,
individually and as personal
representative of the estate of
GENNADY VIKTOVOVICH P'YANIN,
deceased; DMITRY GENNADIEVICH
P'YANIN, a minor, by his mother,
guardian and next friend,
EMMA KONSTANTINOVNA P'YANINA;
YURY GENNADIEVICH P'YANIN, a
minor, by his mother, guardian and
next friend, EMMA KONSTANTINOVNA
P'YANINA;

IRINA YURIEVNA GUN'KINA,
individually and as personal
representative of the estate of
OLEG BORISOVICH GUN'KIN, deceased;
OLEGOVNA ANZHELIKA GUN'KINA, a
minor, by her mother, guardian and
next friend, IRINA YURIEVNA
GUN'KINA;

                    Plaintiffs,

                    -vs-

CESSNA AIRCRAFT COMPANY, and
GOODRICH CORPORATION,

                    Defendants.

------------------------------------ x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 8 2008

Case No. 07-cv-10403-PAC

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Eugene O'Neill, attorney for Plaintiffs in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Bradley R. Bowles
    BOWLES & VERNA, LLP
    2121 N. California Blvd., Suite 875
    Walnut Creek, CA 94596
    Telephone:  925-935-3300
    Facsimile:  925-935-0371
    Email: bbowles@bowlesverna.com

1

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 15, 2008
New York, New York

_____
Hon. Paul A. Crotty
United States District Court Judge