UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

_____ X          07 CV 10403 (PAC)
                                     :
EMMA KNOSTANTINOVNA P'YANINA,        :
Individually and as personal representative of :
the Estate of GENNADY VIKTOVOVICH    :
P'YANIN, deceased; DGP, a minor, by his :
mother, guardian and next friend, EMMA :
KONSTANTINOVNA P'YANINA; YGP; a      :
minor, by his mother, guardian and next :
friend, EMMA KONSTANTINOVNA          :
P'YANINA; IRINA YURIEVNA             :
GUN'KINA, individually and as personal :
representative of the Estate of OLEG  :          **RULE 7.1 DISCLOSURE**
BORISOVICH GUN'KIN, deceased;OAG, a  :
minor, by her mother, guardian and next :
friend, IRINA YURIEVNA GUN'KINA      :
                                     :
                    Plaintiffs,      :
                                     :
        -vs-                         :
                                     :
CESSNA AIRCRAFT COMPANY and          :
GGODRICH CORPORATION                 :
                                     :
                    Defendants       :
                                     :
_____ X
                                     X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable

District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for CESSNA AIRCRAFT

COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    1.    Textron, Inc. owns Cessna Aircraft Company.

    2.    Cessna Aircraft Company owns Cessna Aircraft Rhode Island Inc. and a majority of the stock of Citation Shares Holding, LLC.

Dated :    Garden City, New York
            May 2, 2008

            MURPHY & MCKENNA

            _____
            ROBERT S. MURPHY (RM6909)
            Attorney for Defendant CESSNA
            1461 Franklin Avenue, Second Floor
            Garden City, New York 11530
            (516) 739-3395