**MURPHY & MCKENNA, LLC**
**1461 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK  11530**
———
**Telephone (516) 739-3395**
**Fax (516) 742-5278**

May 3, 2008

VIA EFILING

Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Rm. 1620
New York, NY 10007

    Re:    P'Yanina, et al. v. Cessna Aircraft Co., et ano
            Case No. 07 CV 10403 (PAC)

          Related Cases :    Konovalova, et al v. Cessna Aircraft Company, et ano
                           07 CV 10389 (SAS)

                            Allan, et al v. Cessna Aircraft Company, et ano
                             06 CV 8197 (SAS)

Dear Judge Crotty:

       My office represents Cessna Aircraft Company in the above captioned action, as well as two other previously filed actions that are related to the one before Your Honor that are currently pending in the Southern District of New York.  The purpose of this letter is to respectfully request that the above captioned action be referred to Judge Scheindlin, who is currently assigned to the other two related cases that are involved with this matter.

       The airplane alleged to have been involved in each of the accidents underlying the lawsuits above mentioned is a Cessna Model 208B Caravan.  These accidents, and the aircraft, are the subject of a multidistrict litigation now pending in the District of Kansas before Judge Kathryn H. Vratil, *In re: Cessna 208 Series Aircraft Products Liability Litigation, MDL No. 1721, Case No. 05-md-1721-KHV (D. Kan.).*

       It is respectfully submitted that all cases currently pending in the Southern District should be assigned to the same judge.  As Judge Scheindlin has been involved for some time now in the *Allan* case, wherein the accident occurred in Canada, and has been assigned the Russian accident

involving the Konovalova plaintiffs, it is respectfully submitted that she be assigned the P'Yanina plaintiffs' action, which is alleged to have arisen out of the same accident as those of the Konovalova plaintiffs.

      Please advise if this request is to be granted. Please contact the undersigned if Your Honor needs further information.

                                      Respectfully,

                                      Robert S. Murphy

cc:    Hon. Shira Scheindlin

        Eugene O'Neill, Esq. (by ecf)

        Michael P. Verna, Esq. (by regular mail)

        Gustava L. Vila, Esq. (by regular mail)