IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION <br><br> (This document relates to only *P'Yanina, et al. v. Cessna Aircraft Co., et al.*, Case No. 07-cv-10403-PAC) | MDL No. 1721 |

## DEFENDANT GOODRICH CORPORATION'S
## FRCP RULE 7.1

I, Paul E. Moran, attorney for defendant **GOODRICH CORPORATION**, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Federal Rules of Civil Procedure Rule 7.1.

### RULE 7.1 – DISCLOSURE OF INTERESTED PARTIES

To enable judges and magistrates of the court to evaluate possible disqualification or refusal, counsel for a private (non-governmental) party shall submit at the time of the initial pleading a certificate of identification of any corporate parent that owns 10% or more of its stock. The non-governmental corporate party, **GOODRICH CORPORATION,** In the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      May 9, 2008

                                       MENDES & MOUNT, LLP

                                       Paul E. Moran – PM-5126
                                       Attorneys for Defendant'
                                       GOODRICH CORPORATION
                                       750 Seventh Avenue
                                       New York, NY 10019
                                       (212) 261-8000